# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tasha Kunzi,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt,<br><br>Defendants. | No.<br><br>**SUMMONS** |

**To:   Travis Pratt**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stephen Montoya
> Montoya, Jimenez & Pastor, P.A.
> 3200 North Central Avenue, Ste. 2550
> Phoenix, Arizona 85012
> Tele: (602) 256-6718

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

CLERK OF COURT

**6:30 pm, Oct 30, 2012**
**s/ Brian D. Karth, Clerk**

_____
Signature of Clerk of Deputy Clerk