IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Tasha Kunzi, et al.,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　) 　　　CV 12-02327 PHX PGR
　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　) 　　　RECUSAL ORDER
　　　　　　　　　　　　　　　　　)
Arizona Board of Regents, et al.,　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　)
_____　）

The undersigned Judge having decided to recuse himself,

IT IS ORDERED that the Honorable Paul G. Rosenblatt recuses himself from this action and that this action is reassigned by automated random selection to the **Honorable James A. Teilborg** for all further proceedings.

IT IS FURTHER ORDERED that all future documents filed and/or served in this action shall be captioned with case number **CV 12-02327 PHX JAT**.

DATED this 5th day of November, 2012.

_____
Paul G. Rosenblatt
United States District Judge