Thomas C. Horne
Attorney General

Rebecca J. Herbst, Bar No. 020491
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8347
Facsimile: (602) 542-7644
Rebecca.Herbst@azag.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tasha Kunzi,<br><br>              Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt,<br><br>              Defendants. | Case No: 2:12-cv-2327-JAT<br><br>**STIPULATION FOR EXTENSION OF TIME** |

The parties, by and through undersigned counsel, hereby stipulate that Defendants shall have up to and including December 21, 2012, to file an Answer or otherwise respond to Plaintiff's Complaint. Plaintiff Kunzi served Defendants with her Complaint on October 30, 2012.

The parties agree that the additional time is necessary to permit defendants to assess the claims against them and to retain outside counsel for one of the individual defendants. Additionally, Defendants have requested Plaintiff to amend her Complaint to include dates for her allegations. Plaintiff is considering that request. For the Court's convenience, a proposed form of Order is submitted herewith.

RESPECTFULLY SUBMITTED this 5th day of December, 2012.

                                          Thomas C. Horne
                                          Attorney General

                                          /s/Rebecca J. Herbst
                                          Rebecca J. Herbst
                                          Assistant Attorney General
                                          Attorneys for Defendants
                                          Montoya, Jimenez & Pastor, PA

                                          /s/Stephen Montoya w/permission
                                          Stephen Montoya
                                          Attorneys for Plaintiff

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 5th day of December, 2012:

Stephen Montoya
Montoya, Jimenez & Pastor, PA
The Great American Tower
3200 North Central Avenue, Ste. 2550
Phoenix, AZ 85012
Attorney for Plaintiff

/s/D. Anderson

#2956676

2