1
2
3
4
5   **KUNZI v. ARIZONA BOARD OF REGENTS, et al.**
6   **2:12-cv-02327-JAT**
7
8   **LODGED:  Proposed**
9   **ORDER FOR EXTENSION OF TIME**
    **Attached**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tasha Kunzi,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt,<br><br>　　　　　　Defendants. | Case No: 2:12-cv-02327-JAT<br><br>**[proposed] ORDER** |

　　　The Court, having considered the parties' Stipulation for Extension of Time to file an Answer or other responsive pleading to Plaintiff's Complaint, and good cause appearing therefrom,

　　　IT IS HEREBY ORDERED, that Defendants may have up to and including, December 21, 2012, to file their Answer or other responsive pleading to Plaintiff's Complaint.

#2956746