# EXHIBIT 1

**Herbst, Rebecca**

| | |
|---|---|
| **From:** | Herbst, Rebecca |
| **Sent:** | Tuesday, November 27, 2012 2:55 PM |
| **To:** | 'Steve Montoya' |
| **Subject:** | Kunzi Request for Amended Complaint |

Steve,

It was a pleasure to speak with you this morning. As I mentioned, I would like you to file an Amended Complaint in this case. In paragraph 20, Ms. Kunzi alleges that she ended the relationship with Dr. Pratt in February 2010. In paragraph 32, she alleges that she left ASU in May 2011. However, there are no dates provided for the allegations in paragraphs 21 through 31. Without dates, those allegations are too vague and ambiguous for my clients to provide an accurate response. You told me that you had dates for those allegations. I do not need specific dates for each one but if you could provide a month for each, that would be helpful.

As you know, our Answer is due on December 7. I would appreciate it if you amended by November 30, which would give me one week to review the allegations with my clients. Alternatively, if you will not agree to file an Amended Complaint, please let me know by November 30.

Thanks,
Becky

Rebecca J. Herbst
Assistant Attorney General
Employment Law Section
Civil Division
Phone: (602) 542-8347
Fax: (602) 542-7644

**This message may contain confidential attorney client communication. If you receive this message in error, please do not read the confidential communication and promptly reply that you received the message in error. Please also delete the message and any attachments.

1

# EXHIBIT 2

Thomas C. Horne
Attorney General

Rebecca J. Herbst, Bar No. 020491
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8347
Facsimile: (602) 542-7644
Rebecca.Herbst@azag.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Tasha Kunzi, | Case No: 2:12-cv-02327-JAT |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF AFSANEH NAHAVANDI, PH.D.** |
| Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt, | (Assigned to the Honorable James A. Teilborg) |
| Defendants. | |

STATE OF ARIZONA   )
                   ) ss.
COUNTY OF MARICOPA )

Afsaneh Nahavandi, Ph.D. declares as follows:

1. I am over eighteen years old and make this declaration based on my personal knowledge.

2. I held the position of Associate Dean of the College of Public Programs at Arizona State University from January 2008 to December 2011.

3. The School of Criminology and Criminal Justice is within the College of Public Programs.

4. Tasha Kunzi enrolled in the School of Criminology and Criminal Justice doctoral program in 2009.

5. On July 29, 2010, Ms. Kunzi advised me by email that she was switching into a new graduate program and would be withdrawing from the School of Criminology and Criminal Justice. (Email from Kunzi, attached as Exhibit A.)

6. To withdraw from a graduate degree program at Arizona State University, the student must submit a Voluntary Complete Withdrawal Form.

7. Ms. Kunzi submitted a Voluntary Complete Withdrawal Form on July 29, 2010. (Withdrawal form, attached as Exhibit B.)

8. Ms. Kunzi dated the form July 29, 1985. That was an error. The form was submitted in 2010.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

DATE: 12/15/12

_____
Afsaneh Nahavandi, Ph.D.

#2969678

2

# EXHIBIT A

**Subject:** Re: Withdrawal from program
**From:** "Afsaneh Nahavandi" <anahavandi@asu.edu>
**Date:** 7/29/2010 9:04 AM
**To:** Tasha Kunzi <tkunzi@asu.edu>

I will be in the office this afternoon. You can leave the form with Lenny Diaz at the front desk in Ucent 650 and pick it up from her at your convenience after this afternoon. Will that work or do you need to meet with me in person?

On 7/29/10 8:58 AM, "Tasha Kunzi" <tkunzi@asu.edu> wrote:

> Hi Dr. Nahavandi,
>
> I am switching into a new graduate program and need to have a voluntary withdrawal form signed by you (or someone else authorized to sign for the dean). Do you have any time this morning or on August 3rd?
>
> Thank you,
> Tasha Kunzi

--
Afsaneh Nahavandi, PhD
Associate Dean, College of Public Programs
Professor of Public Administration
ASU Parents Associate Professor
Fellow of the ASU Distinguished Teaching Academy

# EXHIBIT B

Print Form



**ARIZONA STATE UNIVERSITY**

VOLUNTARY COMPLETE WITHDRAWAL
FROM A GRADUATE DEGREE PROGRAM
ARIZONA STATE UNIVERSITY
GRADUATE COLLEGE

This form should be completed if you wish to entirely withdrawal from a graduate degree program (i.e., not just for a limited time). Once processed, you must fully re-apply and be re-admitted to the university to resume graduate enrollment. If you are concurrently admitted to multiple degree programs at ASU, this will serve to only withdraw you from the individual program(s) specified below.

International students: Please note that withdrawing from a graduate degree program may affect your visa status. Before submitting this form, please contact the International Student Office for appropriate immigration advisement (iso@asu.edu, SSV Room 265; 480-965-7451).

Please note that this form does not withdraw you from your course(s) for any semester. You may choose to complete the course(s) in which you are currently enrolled. In order to withdraw from courses for which you have already registered, you must contact the Registrar's Office (Student Services Building).

| STUDENT NAME (LAST, FIRST, MIDDLE INITIAL) | ASU I.D. NO. |
|---|---|
| KUNZL, TASHA M. | 1202122016 |

| ACADEMIC UNIT NAME |
|---|
| School of Criminology and Criminal Justice |

Please enter the degree name, major name, and the degree/major code of the graduate degree program from which the student wishes to voluntarily withdraw (the code may be obtained from the academic unit):

| DEGREE NAME | MAJOR NAME | DEGREE/MAJOR CODE |
|---|---|---|
| Ph.D. | Criminology/Criminal Justice | PPCRJPHD |

| REASON FOR WITHDRAWAL |
|---|
| Transfer into a different graduate program |

Would you be willing to participate in a follow-up discussion regarding your experiences in the program? ☒ Yes ☐ No

I am voluntarily withdrawing from the graduate degree program listed above.

_Tasha Kunz_   7/29/1985
STUDENT SIGNATURE   DATE

Once you have completed and signed this form, please submit it to the office of the Assistant Dean for Graduate Admissions / Student Academic Services, Graduate College, Administration Building, B-wing, Suite 170.

_Lynn Cozort_   7/30/10
SIGNATURE OF THE DEAN OF THE GRADUATE COLLEGE   DATE

FOR GC USE ONLY

GFD807E-87

JK 7-30-10