Stephen Montoya (#011791)
**Montoya, Jimenez & Pastor, P.A.**
The Great American Tower
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
(602) 256-6718
(602) 256-6667 fax
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tasha Kunzi,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt,<br><br>Defendants. | No.  CV 12-02327-PHX-JAT<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

Plaintiff's Response to Defendant's Motion for Summary Judgment is due on January 23, 2013.

Plaintiff's counsel had a death in his immediate family shortly after the New Year and had to travel out-of-state to attend funeral services and related matters for ten-days.  When coupled with the Christmas holiday season, this event has greatly interrupted Plaintiff's counsel's work on the Response, and he will consequently not be able to finalize Plaintiff's Response on schedule.

Accordingly, for the foregoing reasons, Plaintiff requests an extension of time, from January 23, 2013 to February 25, 2013, in which to file her Response to Defendant's Motion for Summary Judgment.

1 | Counsel for Defendant, Ms. Rebecca Herbst, does <u>not</u> oppose this request.

Respectfully submitted this 23rd day of January 2013.

**MONTOYA, JIMENEZ & PASTOR, P.A.**

<u>s/ Stephen Montoya</u>
Stephen Montoya
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on January 23, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Rebecca J. Herbst
Assistant Attorney General
1275 West Washington
Phoenix, Arizona 85007
Attorney for Defendants

<u>s/ Stephen Montoya</u>