Stephen Montoya (#011791)
**Montoya, Jimenez & Pastor, P.A.**
The Great American Tower
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
(602) 256-6718
(602) 256-6667 fax
stephen@montoyalawgroup.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tasha Kunzi,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt,<br><br>Defendants. | No.  CV 12-02327-PHX-JAT<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request) |

Plaintiff's Response to Defendant's Motion for Summary Judgment is due on February 25, 2013.

Plaintiff's counsel had a death in his immediate family shortly after the New Year and had to travel out-of-state on two different occasions (for fourteen days) to both attend funeral services and attend to related matters.

Upon his return, Plaintiff's counsel has been busy attending to the following matters pending in other cases:

- drafting and finalizing a forty-two page Ninth Circuit Opening Brief;

- drafting and finalizing a Response in opposition to a Motion to Strike;

- attending an all day settlement conference before a mediator of the Ninth Circuit;

- taking and defending eight depositions;

- drafting and finalizing an eighteen page Response to a Motion for Summary Judgment;

- drafting and finalizing a twenty-seven page Statement of Facts;

- attending an all day mediation before a private mediator;

- drafting and finalizing a nineteen page Response to a Motion for Summary Judgment; and

- drafting and finalizing a twenty-nine page Statement of Facts.

In light of the foregoing responsibilities, although Plaintiff's counsel has been diligently working on the Response, Plaintiff's counsel has not been able to finalize Plaintiff's Response to Defendant's Motion for Summary Judgment on schedule.

Accordingly, for the foregoing reasons, Plaintiff requests a brief extension of time, from Monday, February 25, 2013 to Friday, March 1, 2013, in which to file her Response to Defendant's Motion for Summary Judgment.

Plaintiff's counsel requested counsel for Defendant, Ms. Rebecca Herbst, to stipulate to this request, but Ms. Herbst was not available to respond to this request.

Respectfully submitted this 25th day of February 2013.

**MONTOYA, JIMENEZ & PASTOR, P.A.**

s/ Stephen Montoya
Stephen Montoya
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on February 25, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Rebecca J. Herbst
Assistant Attorney General
1275 West Washington
Phoenix, Arizona 85007
Attorney for Defendants

s/ Stephen Montoya