1  Stephen Montoya (#011791)
   **Montoya, Jimenez & Pastor, P.A.**
2  The Great American Tower
   3200 North Central Avenue, Ste. 2550
3  Phoenix, Arizona 85012
   (602) 256-6718
4  (602) 256-6667 fax
   stephen@montoyalawgroup.com
5
6  Attorney for Plaintiff

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF ARIZONA

9

| | |
|---|---|
| Tasha Kunzi, | No. CV 12-02327-PHX-JAT |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt, | **and** |
| | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| Defendants. | |

In their Motion to Dismiss, Defendants acknowledge that any alleged defect in Ms. Kunzi's Complaint could be cured by an Amended Complaint; accordingly Defendants alternatively moved "for a more definite statement because Kunzi's Complaint is too vague and ambiguous to respond to without dates for the allegations in paragraphs 21 through 31" of the Complaint. See Defendant State of Arizona's Motion to Dismiss, p. 3, lines 11-13.

Although Ms. Kunzi disagrees with the contentions set forth in Defendants' Motion to Dismiss, in order to avoid controversy and save time, Ms. Kunzi will resolve Defendants' objections by means of filing an Amended Complaint, a copy of which is attached hereto as Exhibit 1.

Ms. Kunzi should be granted leave to file an Amended Complaint in this

proceeding given the fact that this case is still in its infancy and the Ninth Circuit has repeatedly indicated that motions to amend should be freely granted. <u>See</u>, <u>e.g.</u>, <u>Owens v. Kaiser Foundation Health Plan, Inc</u>., 244 F.3d 708, 880 (9th Cir. 2001) (leave to amend a complaint should be granted with "extreme liberality").

Accordingly, in response to Defendants' <u>Motion to Dismiss</u>, Ms. Kunzi moves to amend her <u>Complaint</u>.

Respectfully submitted this 1st day of March 2013.

**MONTOYA, JIMENEZ & PASTOR  P.A.**

<u>s/ Stephen Montoya</u>
Stephen Montoya
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on March 1, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Rebecca J. Herbst
Assistant Attorney General
1275 West Washington
Phoenix, Arizona 85007
Attorney for Defendants

David M. Villadolid
Burch & Cracchiolo, P.A.
702 East Osborn Road, Ste. 200
Phoenix, Arizona 85014
Attorneys for Defendant Pratt

<u>s/ Stephen Montoya</u>