IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tasha Kunzi,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt,<br><br>　　　　　　Defendants. | No. CV-12-02327-PHX-JAT<br><br>**ORDER** |

On December 21, 2012, Defendants filed a Motion to Dismiss Plaintiff's Complaint (Doc. 11, Doc. 12).  In lieu of a Response to the Motion to Dismiss, Plaintiff filed a Motion to Amend her Complaint (Doc. 17).  Defendants filed a Response to the Motion to Amend, arguing that Plaintiff's claims are time-barred and that Plaintiff has failed to exhaust her administrative remedies. (Doc. 18).  Plaintiff's Reply in Support her Motion to Amend was due on March 25, 2013.  To date, Plaintiff has not filed a Reply.

Accordingly,

**IT IS ORDERED** that, within 10 days of the date of this Order, Plaintiff shall file a Reply in Support of her Motion to Amend.  If Plaintiff does not file a Reply in Support of her Motion to Amend, the Court will deem the failure to reply to be consent to denying the Motion to Amend and consent to granting the Motion to Dismiss.

Dated this 10th day of April, 2013.

James A. Teilborg
Senior United States District Judge