Thomas C. Horne
Attorney General

Rebecca J. Herbst, Bar No. 020491
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8347
Facsimile: (602) 542-7644
Rebecca.Herbst@azag.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tasha Kunzi, | Case No: 2:12-cv-02327-JAT |
| Plaintiff, | **RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND** |
| vs. | (Assigned to the Honorable James A. Teilborg) |
| Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt, | |
| Defendants. | |

    The Arizona Board of Regents and Scott Decker oppose Plaintiff's most recent motion to extend. Defendants filed a Motion to Dismiss / Motion for Summary Judgment on December 21, 2012. (Doc. 11.) On January 23, 2013, Plaintiff asked that her deadline be extended until February 25, 2013; Defendants did not oppose the extension. (Doc. 13.) On February 25, 2013, Plaintiff requested an extension until March 1, 2013; Defendants did not oppose the extension. (Doc. 15.)

    On March 1, 2013, Plaintiff moved to amend her Complaint and failed to provide any substantive response to Defendants' Motion to Dismiss / Motion for Summary Judgment. (Doc. 17.) Defendants responded to the Motion to Amend on March 15, 2013. (Doc. 18.) Plaintiff's deadline to Reply in support of her Motion to Amend was March 25, 2013. She did not seek an extension despite her counsel's trial scheduled in another matter.

On April 10, 2013, this Court ordered Plaintiff to file her Reply within ten days. (Doc. 22.) Defendants object to any further extensions of Plaintiff's deadline to Reply to her Motion to Amend.

Respectfully submitted this 22nd day of April, 2013.

    Thomas C. Horne
    Attorney General

    s/Rebecca J. Herbst
    Rebecca J. Herbst
    Assistant Attorney General
    Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 22nd day of April, 2013:

Stephen Montoya
Montoya, Jimenez & Pastor, PA
The Great American Tower
3200 North Central Avenue, Ste. 2550
Phoenix, AZ 85012
Attorneys for Plaintiff

David M. Villadolid
Burch & Cracchiolo, PA
702 E. Osborn Rd., Ste. 200
Phoenix, AZ 85014
Attorneys for Defendant Pratt

s/D. Anderson
#3288224