IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tasha Kunzi,<br><br>  Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, an Arizona public entity, Scott H. Decker, and Travis Pratt,<br><br>  Defendants. | No. CV-12-02327-PHX-JAT<br><br>**ORDER** |

On December 21, 2012, Defendants filed a Motion to Dismiss Plaintiff's Complaint (Doc. 11, Doc. 12).  In lieu of a Response to the Motion to Dismiss, Plaintiff filed a Motion to Amend her Complaint (Doc. 17).  Defendants filed a Response to the Motion to Amend, arguing that Plaintiff's claims are time-barred and that Plaintiff has failed to exhaust her administrative remedies. (Doc. 18).  Plaintiff's Reply in Support of her Motion to Amend was due on March 25, 2013.  As of April 10, 2013, Plaintiff had not filed a reply.  The Court then sua sponte granted Plaintiff ten additional days to file her reply, but warned Plaintiff that failure to comply with the Court's order would result in dismissal of her case.  Nine days later, rather than filing a reply, Plaintiff's counsel filed a motion for extension of time seeking an additional ten days to file her reply.  Plaintiff's counsel stated that he we unable to comply with the Court's Order because of his involvement in another case set for trial.  Defendants oppose Plaintiff's request for additional time.

1   It is remarkable that Plaintiff did not timely request an extension of time in the first instance and now claims to need over a month to file a reply in support of her Motion to Amend. Nonetheless, the Court will allow Plaintiff until April 29, 2013 to file a reply in support of her Motion to Amend. However, the Court notes that Plaintiff's counsel's failure to comply with the Court's deadlines and Plaintiff's counsel's stated reason for his failure to comply raises the possibility that Plaintiff's counsel has undertaken an unmanageable number of cases. *See Matter of Wolfram*, 847 P.2d 94, 101 (Ariz. 1993) ("A lawyer must not accept representation if the lawyer's workload prohibits handling a matter in compliance with our professional rules."). Plaintiff and her counsel are warned that the Court will not permit any further extensions to allow Plaintiff to file a reply. Plaintiff's counsel is further warned that such behavior in the future could result in the Court granting sanctions in favor of Defendants.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time (Doc. 23) is granted. **IT IS FURTHER ORDERED** that Plaintiff shall file her reply in support of her Motion to Amend on or before April 29, 2013. No further extensions will be permitted. Finally, if Plaintiff fails to file a reply as ordered by the Court, the Court will dismiss this case pursuant to Federal Rule of Civil Procedure 41(b).

Dated this 24th day of April, 2013.

James A. Teilborg
Senior United States District Judge