# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 540-2011-03263 |

Arizona Attorney General's Office, Civil Rights Division _____ and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.)
Ms. Tasha M. Kunzi

Home Phone (Incl. Area Code): 
Date of Birth:

**Street Address**                    City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** Arizona State University
**No. Employees, Members:** More than 500
**Phone No. (Include Area Code):** 480-965-1971

**Street Address:** Post Office Box 875612, Tempe, Arizona 85287

**Name:**
**Street Address:** ASU School of Criminology and Criminal Justice, 411 North Central Avenue, Suite 600, Phoenix, Arizona

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify).

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: February 2010    Latest: April 2011
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I first met Professor Travis Pratt when I was a graduate student in the Criminal Justice Department of Washington State University in Pullman, Washington in 2007. Mr. Pratt was then an Associate Professor in the Department. He soon became my mentor and chaired my Masters Thesis Committee. I was ultimately awarded my Masters of Arts degree in Criminal Justice from Washington State University in May of 2009.

In the Fall of 2008, Professor Pratt left Washington State University to become an Associate Professor at Arizona State University in the Department of Criminology and Criminal Justice. Once at ASU, Professor Pratt encouraged me to apply to ASU's doctoral program in Criminal Justice, and, based in part on his urging, I ultimately did so.

I was subsequently accepted into the Department's doctoral program, and in April 2009 I traveled from Washington to ASU for a Department "meet and greet" with Department faculty and accepted applicants to the Department's doctoral program. Although Professor Pratt was one of my mentors and was married, we started having a romantic relationship.

I ultimately moved to Phoenix to attend ASU in July 2009. Soon thereafter, I obtained a job as a "Research Assistant" in the Department of Criminology and Criminal Justice, where I worked with faculty members in the Department, including Professor Pratt.

In February 2010, Professor Pratt's spouse learned of my intimate relationship with Professor Pratt, and she started to regularly intimidate me at work. I consequently ended my relationship with Professor Pratt. He was unhappy that our relationship ended.

After I ended my relationship with Professor Pratt, he started to harass me and retaliate against me in the Department. For example, he frequently texted and emailed me and told several of his colleagues in the Department of the affair.

To make things worse, several of Professor Pratt's colleagues in the Department, including the Director of the Department, Professor Scott Decker, also started retaliating against me. For example, Professor Decker started assigning me clerical work instead of the research projects that I was previously assigned. I soon also learned that no one on the faculty wanted to work with me, much less help me obtain my Ph.D. I was consequently ultimately forced to leave my job in the Department in May 2011.

Even after I quit my job at ASU, Professor Pratt continued to harass and stalk me by repeatedly contacting me and driving by my house on his motorcycle. I ultimately had to move in order to avoid Professor Pratt.

I believe that I have been discriminated against because of my gender, female, and retaliated against after I complained of harassment and retaliation in the workplace at ASU, all in violation of my rights under Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| September 9, 2011        *Janakem* <br> Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION <br> This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:    Agency(ies) Charge No(s): <br> ☐ FEPA <br> ☒ EEOC |
|---|---|

Arizona Attorney General's Office, Civil Rights Division _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

# EXHIBIT B

EEOC Form 161-B (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: Tasha M. Kunzi | From: Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2011-03263 | Lucy V. Orta,<br>Enforcement Supervisor | (602) 640-5055 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Rayford O. Irvin*         JUL 3 1 2012

Enclosures(s)     Rayford O. Irvin,<br>District Director     (Date Mailed)

cc:
Cynthia Jewett
Senior Associate General Cnsl
ARIZONA STATE UNIVERSITY
P.O. Box 875612
Arizona State University, AZ 85287

Stephen Montoya
MONTOYA JIMENEZ, P.A.
3200 North Central Avenue
Ste# 2550
Phoenix, AZ 85012